## DAVIS *v.* HUBBS and Another.—In error.

THE notice to an execution-debtor of a motion for an order on the sheriff to sell property without appraisement, stated the judgment to be for 225 dollars and 3 cents. The record showed that the judgment in the case was for 255 dollars and 3 cents. *Held*, that the notice was insufficient.

END OF MAY TERM, 1846.